MINUTE ENTRY   8:35 a.m.

BILL C. NICHOLSON -vs- HONG KONG ENTERTAINMENT OVERSEAS INVESTMENT, et al

PRESENT:  Hon. Alex R. Munson, Chief Judge Presiding
   Gilbert Birnbrich, Law Clerk
   Sanae Shmull, Court Reporter
   K. Lynn Lemieux, Courtroom Deputy
   Mark E. Williams, Attorney for Plaintiff
   William Fitzgerald, Attorney for Defendants
                        Matthew Gregory, Attorney for Defendants
                        G. Anthony Long, Attorney for Defendants

PROCEEDINGS: MOTION TO STRIKE DEMAND FOR JURY TRIAL

 Plaintiff was represented in court by Attorney Mark E. Williams.  Defendants were represented by Attorneys William Fitzgerald, Matthew Gregory and G. Anthony Long.

        Attorney Fitzgerald argued the motion.  Attorney Mark E. Williams argued on his clients behalf.

 Court, after hearing all argument,  stated that a written order would be forthcoming.

        Adjourned   a.m.

8:35 a.m.

BILL C. NICHOLSON -vs- HONG KONG ENTERTAINMENT OVERSEAS INVESTMENT, et al

PRESENT:  Hon. Alex R. Munson, Chief Judge Presiding
   Gilbert Birnbrich, Law Clerk
   Sanae Shmull, Court Reporter
   K. Lynn Lemieux, Courtroom Deputy
   Mark E. Williams, Attorney for Plaintiff
   William Fitzgerald, Attorney for Defendants
                        Matthew Gregory, Attorney for Defendants
                        G. Anthony Long, Attorney for Defendants

PROCEEDINGS: MOTION TO STRIKE DEMAND FOR JURY TRIAL

 Plaintiff was represented in court by Attorney Mark E. Williams.  Defendants were represented by Attorneys William Fitzgerald, Matthew Gregory and G. Anthony Long.

        Attorney Fitzgerald argued the motion.  Attorney Mark E. Williams argued on his clients behalf.

 Court, after hearing all argument,  stated that a written order would be forthcoming.

        Adjourned   a.m.

;    [TTP EOD 10/07/2003]